# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-30196   Romero v. Ladwig
              USDC No. 3:25-CV-1106

The court has granted Appellants' unopposed motion for an extension of time to and including August 21, 2026, for filing the Appellants' brief in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Dantrell L. Johnson, Deputy Clerk
        504-310-7689

Ms. Stephanie M. Alvarez-Jones
Mrs. Katherine Krupa Green
Ms. Amaris Montes
Ms. Bridget Pranzatelli
Mr. Samuel Weiss