# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 19, 2026
Lyle W. Cayce
Clerk

No. 26-30196

Francisco Rodriguez Romero; Ricardo Blanco Chomat; Luis Gaston Sanchez; Ibrahim Mohammed,

*Petitioners—Appellees*,

*versus*

Scott Ladwig, *in his official capacity as Acting Field Office Director, New Orleans Field Office, U.S. Immigration &amp*; Customs Enforcement; Todd Lyons, *in his official capacity as Director of U.S. Immigration &amp*; Customs Enforcement; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*; Todd Wallace Blanche, *U.S. Attorney General*,

*Respondents—Appellants*.

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:25-CV-1106

ORDER:

IT IS ORDERED that Appellants' unopposed motion, their third such request, for an extension of 30 days, or, to and including September 21, 2026, to file their opening brief is GRANTED.

Absent good cause based on circumstances arising hereafter, no further extensions will be granted.

CORY T. WILSON
*United States Circuit Judge*