# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 21, 2026

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

No. 26-30196 Romero v. Ladwig
USDC No. 3:25-CV-1106

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Ms. Stephanie M. Alvarez-Jones
Mrs. Katherine Krupa Green
Ms. Amaris Montes
Ms. Bridget Pranzatelli
Mr. Samuel Weiss
Ms. Gracie Willis